

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-17-2010

# Roberto Munez-Morales v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 08-4114

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"Roberto Munez-Morales v. Atty Gen USA" (2010). *2010 Decisions.* Paper 1328.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/1328

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 08-4114

ROBERTO MUNEZ-MORALES,

Petitioner,

v.

ATTORNEY GENERAL OF THE UNITED STATES,

Respondent.

On Petition for Review of an Order of
the Board of Immigration Appeals
(Agency No. A045-553-116)

ORDER AMENDING OPINION

On May 11, 2010, this Court filed a not precedential opinion in the above entitiled
petition for review.  Pursuant to 3rd Cir. I.O.P.  5.4, counsel are to be listed on not
precedential opinions which were argued before the court.

The opinion which was filed on May 11, 2010 omitted the names of counsel.  At the
direction of the Court, an amended opinion will be issued which conforms with 3rd Cir.
I.O.P. 5.4.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: May 17, 2010
CRG/cc: Steven A. Morley, Esq.
      Paul F. Stone, Esq.
      Lyle D. Jentzer, Esq.